**Ashwin Ladva, (206140)**
**LADVA LAW FIRM**
530 Jackson Street, 2nd Floor
San Francisco, CA 94133
(415)296 8844
(415)296 8847 (fax)
ladvalaw@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN HOLMES, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY HEALTHCARE ALLIANCE, and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. 15-CV-01877 JSC <br><br> **RULE 41(a)(1)(A)(ii)** |

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Marilyn Holmes ("Plaintiff") and Defendant University Healthcare Alliance, ("Defendant"), by and through their attorneys of record, hereby stipulate that all remaining claims and causes of action asserted by Plaintiff in the above captioned matter shall be dismissed with prejudice. This dismissal with prejudice is effective without a need for court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

////

////

| | | |
|---|---|---|
| 1 | DATED:  September 28, 2015 | LADVA LAW FIRM |
| 2 | | |
| 3 | | _____ |
| 4 | | Ashwin Ladva<br>Attorney for Plaintiff Marilyn Holmes |
| 5 | DATED: September 28, 2015 | GORDON & REES LLP |
| 6 | | |
| 7 | | /S/ Marcie I. Fitzsimmons |
| 8 | | Marcie Isom Fitzsimmons<br>Maya Ohana |
| 9 | | Attorneys for Defendant University Healthcare Alliance |
| 12 | Dated: October 1, 2015 | _____<br>Honorable Jacqueline Scott Corley<br>United States Magistrate Judge |